

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:   01-12-00387-CV

Style:     Sharon Huston

       **v** United Parcel Services Inc.

Date motion filed[*]: July 15, 2013

Type of motion:  Motion for Extension of Time to File Appellant's Brief

Party filing motion: Appellant

Document to be filed: Appellant's brief

Ordered that motion is:

   ☑  Granted
      If document is to be filed, document due:  July 29, 2013

      ☐ The Clerk is instructed to file the document as of the date of this order
      ☑ The Court will not grant additional motions to extend time

   ☐  Denied

   ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Evelyn V. Keyes
      ☑  Acting individually  ☐  Acting for the Court

      Panel consists of _____.

Date:  July 17, 2013